## CRIMINAL CAUSE FOR SENTENCING

Before: **AMON, Chief J.**   Date: **6/26/12**   Time: 2:16-2:27   Docket #: **CR11-00489**
and   3:05-3:39

Defendant: Guy Curtis   ATTORNEY: John Burke, Esq.

Court Reporter/ESR: Holly Driscoll   AUSA: **Brendan King**

Probation Officer: Shayna Bryant   Interpreter:

Pretrial Officer:   Deputy Clerk: **V. Holley**

---

✓ _____ Case Called

✓ _____ Sentencing adjourned to

✓ _____ Sentencing held

✓ _____ Statements of defendant and counsel heard

✓ _____ Defendant sentenced on counts  1  _____
of the (~~Superseding~~) Indictment/Information

_____ Remaining open counts dismissed:

   _____ on Court's motion       _____ on Government's motion

✓ _____ Court advised defendant of right to appeal

_____ Clerk to file Notice of Appeal in forma pauperis for defendant

_____ Defendant remanded   _____ Defendant to remain on bail
pending determination of appeal

✓      FULL TEXT OF SENTENCE

Dft committed to custody of BOP for 78 mos followed by 5 yrs s/r.
Special conditions: 1) comply with a curfew via electronic monitoring as directed by the USPD. The dft will remain at his place of residence fm 7pm-7am. The USPD will designate another 8 hr respective time period, if the dft's employment, education, or observance of religious services preclude the above specified times; 2) participate in an outpatient and/or inpatient drug treatment or detoxification program approved by the USPD. The dft shall contribute to the costs of such

treatment/detoxification not to exceed an amount determined reasonable by the USPD's Sliding Scale for Substance Abuse Treatment Services; 3) participate in anger management & mental health treatment as approved by the USPD.
Fine waived.  Dft required to pay $100 s/a pursuant to 18:3013.

Court finds for reasons read into the record, that a 2 point g/l enhancement applies.

Return of property issue raised.  Govt to advise Court in writing by 7/3/12 the status regarding a seized Apple computer that the dft would like returned to his mother on his behalf.