**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 11 2012 ★
BROOKLYN OFFICE

C.D.N.# 11cr 489
Guy Curtis 79362-053
MDC P.O. Box 329002
Brooklyn N.Y. 11232

July 9, 2012

NY Eastern District, Judge CBA
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn N.Y. 11202

Dear Judge Amon,

I'm writing this letter in reference to the Apple IMac computer that was seized from my residence at the time of my arrest (7/7/11), (Refer to document 64, page ID #101). During sentencing there was a brief discussion about such item being returned but since that day (6·26·12) I haven't heard anything about it again. My family has made attempts to contact my attorney (John Burke) about this matter but haven't been able to reach him. Your Honor I'm asking you to help me ~~~ resolve this matter. It will be greatly appreciated. Thank you in advance.

Respectfully
Guy Curtis

LC Curtis 79367-053
MDC P.O. Box 329002
Brooklyn N.Y. 11232
CO N# 11CR 489

NY. Eastern District Judge CBA
Theodore Roosevelt US Court House
225 Cadman Plaza East
Brooklyn NY. 11201

Postmark: BRKLYN-QMS-STATTEN ISL, 10 JUL 2012 PM 4